IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| LOURDES DIAZ FLORES, | * |
| Petitioner, | * |
| v. | Case No. 4:25-cv-374-CDL-AGH |
| | * |
| WARDEN, STEWART DETENTION CENTER, *et al.*, | * |
| Respondents. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated November 25, 2025, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Petitioner.

This 26th day of November, 2025.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk